UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22329-CIV-RNS

| | |
|---|---|
| IRIS MURTAGH BAKER and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| EAST RIDGE RETIREMENT VILLAGE, INC., JOSEPH KENNETH CORMIER, | ) ) ) ) |
| Defendants. | ) ) ) |

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Time-And-One-Half Overtime Claim (6/11/15-12/31/15):**
Amount of Time-And-One-Half Overtime per hour not compensated: $55.94
Weeks: 29
Overtime hours per week: 18
Total overtime wages unpaid and liquidated damages: $29,200.68 X 2 = $58,401.36, *exclusive of* **attorneys' fees and costs**

**Time-And-One-Half Overtime Claim (1/1/16-12/31/16):**
Amount of Time-And-One-Half Overtime per hour not compensated: $55.37
Weeks: 52
Overtime hours per week: 18
Total overtime wages unpaid and liquidated damages: $51,826.32 X 2 = $103,652.64, *exclusive of* **attorneys' fees and costs**

**Time-And-One-Half Overtime Claim (1/1/17-4/1/17):**
Amount of Time-And-One-Half Overtime per hour not compensated: $77.52
Weeks: 13 (rounded up)
Overtime hours per week: 18
Total overtime wages unpaid and liquidated damages: $18,139.68 X 2 = $36,279.36, *exclusive of* **attorneys' fees and costs**

Total overtime wages unpaid and liquidated damages: $99,166.68 X 2 = $198,333.36, *exclusive of* attorneys' fees and costs

\* Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
\*\* Plaintiff reserves the right to seek time-and-one-half damages for any *additional* completely unpaid overtime hours should the facts adduced in discovery justify same.

                                            Respectfully submitted,

                                            J. H. ZIDELL, P.A.
                                            ATTORNEYS FOR PLAINTIFF
                                            300-71ST STREET, SUITE 605
                                            MIAMI BEACH, FLORIDA 33141
                                            305-865-6766
                                            305-865-7167

                                            By:_s/ Rivkah F. Jaff, Esq. ___
                                                Rivkah F. Jaff, Esquire
                                                Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 6/14/18 TO:**

**ALL CM/ECF RECIPIENTS**

    **BY:_____/s/ Rivkah F. Jaff_____
               RIVKAH F. JAFF, ESQ.**