United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Iris Murtagh Baker, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-22329-Civ-Scola |
| East Ridge Retirement Village, Inc., | ) |
| and Joseph Kenneth Cormier, | ) |
| Defendants. | ) |

### Order Referring Consent Case To Magistrate Judge

The parties to this lawsuit have jointly elected to jurisdiction by a United States Magistrate Judge for all further proceedings in this case, including the trial and entry of final judgment. (Joint Motion, ECF No. 13.)

The Court **orders** that, consistent with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, all further proceedings in this matter, including trial and entry of final judgment, will be presided over by United States Magistrate Judge Edwin G. Torres. The case number, style, and docket shall reflect this consent and referral.

**Done and ordered** at Miami, Florida, on July 18, 2018.

_____
Robert N. Scola, Jr.
United States District Judge