UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-22329-RNS

IRIS MURTAGH BAKER, and all others similarly
situated under 29 U.S.C. § 216(b),

        Plaintiff,

v.

EAST RIDGE RETIREMENT VILLAGE, INC.,
and JOSEPH KENNETH CORMIER,

        Defendants.
_____/

## DEFENDANTS' MOTION FOR RELIEF FROM SCHEDULING ORDER

Defendants, East Ridge Retirement Village, Inc. and Joseph Kenneth Cormier, by and through their undersigned counsel, file this Motion for Relief from the Court's Order Requiring Discovery and Scheduling Conference [DE 6], and as grounds state as follows:[1]

1. On June 11, 2018, Plaintiff filed a single-count Complaint for unpaid overtime and/or minimum wage compensation in violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. (the "FLSA") [DE 1]. More specifically, Plaintiff claims that over a three-year period, she worked an average of 58 hours per workweek but was not paid proper overtime compensation.

2. On June 14, 2018, the Court issued an Order Requiring Discovery and Scheduling Conference, Order Requiring Statement of Claim and Response in FLSA Case, and Order Referring Non-Dispositive Pretrial and Discovery Matters to the Magistrate Judge (hereinafter referred to as the "Order Requiring Scheduling Conference") [DE 6]. The Order Requiring

---

[1] Defendants attempted to timely file this motion yesterday, but were unable to do so due to the system being down.

Scheduling Conference requires the parties, within fourteen days of filing a response to the Complaint, to meet and confer regarding discovery and scheduling issues, as set out in Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b).

3.   On July 16, 2018, Defendants filed their Answer and Affirmative Defenses to Plaintiff's Complaint, denying each of the allegations contained in Plaintiff's Complaint and stating numerous affirmative defenses thereto [DE 11].  Accordingly, the deadline for the parties to engage in the required Scheduling Conference is July 30, 2018.

4.   In an effort to conserve the Court and the parties' time and resources, the parties have been engaged in good-faith settlement negotiations aimed at resolving all issues presented in Plaintiff's Complaint.  Pursuant to these settlement negotiations, Defendants are in the process of providing Plaintiff with documents and materials, in advance of any Court-ordered deadlines, to facilitate the negotiations and obtain an efficient and speedy resolution of the case.

5.   Accordingly, and in light of the parties' good-faith efforts to resolve the case before significant time and resources are expended upon pre-trial discovery matters, Defendants respectfully request that the Court grant a brief, one-week extension of time for the parties to meet and confer during the required Rule 26(f) Scheduling Conference.

WHEREFORE, Defendants, East Ridge Retirement Village, Inc. and Joseph Kenneth Cormier, respectfully request the Court extend the deadline by which the parties must hold their Rule 26(f) Scheduling Conference by one week from the date of the Court's order on this Motion, and grant such other relief as the Court deems just and proper.

Dated: July 31, 2018

CASE NO.: 18-CV-22329-RNS

Respectfully submitted,

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7604
Facsimile: (305) 373-4466

s/ *Pedro Forment*
Pedro P. Forment, Esq.
Florida Bar No. 61026
Email: *pedro.forment@jacksonlewis.com*
Christopher T. Perré, Esq.
Florida Bar No. 123902
Email: *christopher.perre@jacksonlewis.com*

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

s/ *Christopher T. Perré*
Christopher T. Perré, Esq.

## SERVICE LIST

J.H. Zidell, Esq.
E-mail: *zabogado@aol.com*
Rivkah F. Jaff, Esq.
E-mail: *rivkah.jaff@gmail.com*
Neil Tobak, Esq.
E-mail: *ntobak.zidellpa@gmail.com*
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
*Attorneys for Plaintiff*

Pedro P. Forment, Esq.
E-mail: *pedro.forment@jacksonlewis.com*
Christopher T. Perré, Esq.
E-mail: *christopher.perre@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466
*Attorneys for Defendants*