UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22329-CIV-TORRES

[CONSENT CASE]

IRIS MURTAGH BAKER and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                       )
                 Plaintiff, )
   vs. )
                                                       )
EAST RIDGE RETIREMENT VILLAGE, )
INC., )
JOSEPH KENNETH CORMIER, )
                                                       )
                 Defendants. )
_____ )

**<u>JOINT STATUS REPORT IN COMPLIANCE WITH [DE15]</u>**

    The Parties, by and through undersigned counsel, hereby file this Joint Status Report in compliance with [DE15]. The Parties respectfully propose the following (3) dates for a specially set trial:

    8/19/19;

    8/26/19;

    9/3/19.

Respectfully Submitted,

Dated this 31st day of July, 2018.

By: */s/ Rivkah F. Jaff, Esq.*                By: */s/ Pedro Forment*
    Rivkah F. Jaff, Esq.                         Pedro P. Forment, Esq.
    Fla. Bar No. 107511                         Fla Bar No.: 61026
    Rivkah.Jaff@gmail.com                   Jackson Lewis P.C.
    J.H. Zidell, P.A.                                 One Biscayne Tower
    300 71st Street, Suite 605                  Two South Biscayne Blvd.
    Miami Beach, FL 33141                   Suite 3500
    Telephone: (305) 865-6766               Miami, FL 33131

Facsimile: (305) 865-7167
*Attorneys for Plaintiff*

305-577-7600
Fax: 305-373-4466
*Attorney for Defendants*